# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

June 18, 2025

**By ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 23 2025

Re:   United States v. Canadell Reyes
      Including HUGO DE LA CRUZ OBREGON
      22 Cr. 258 (GBD)

Dear Judge Daniels:

    I am the attorney for Hugo De La Cruz Obregon, a defendant in the above-named matter. This letter is respectfully submitted with the consent of the government, by AUSA Alexander Li, to request an adjournment of Mr. De La Cruz Obregon's sentencing, currently scheduled for July 10, 2025 at 11:00 a.m., to September 4, 2025 at 10:00 a.m., a date and time that I understand is convenient for the Court. An adjournment is needed because we are still in the process of obtaining letters and other documents needed for sentencing, some of which will need to be translated. This is the defendant's first request for an adjournment of sentencing. If the Court has any questions regarding this application, please do not hesitate to contact me.

    The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

cc:   AUSA Alexander Li
      AUSA Camille Fletcher
      (by Email)