ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

August 28, 2025

**By ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SEP 0 2 2025

**SO ORDERED**

The sentencing scheduled for September 4, 2025
is adjourned to September 9, 2025 at 10:00 a.m.

/s/ George B. Daniels

Re:   United States v. Canadell Reyes
      Including HUGO DE LA CRUZ OBREGON
      22 Cr. 258 (GBD)

Dear Judge Daniels:

I am the attorney for Hugo De La Cruz Obregon, a defendant in the above-named matter who is scheduled to be sentenced on September 4, 2025. Due to a personal scheduling conflict, this letter is respectfully submitted without objection from the government, by AUSA Alexander Li, to request an adjournment of the presently scheduled sentencing hearing. Specifically, I am no longer able to appear on September 4 because my dog unexpectedly has to have surgery that day, which I have to be present for. I am available to appear any time before 2:00 p.m. on September 2, 2025, which is preferable since I am also scheduled to be in the Southern District for a different matter that afternoon. If the Court is not available on September 2, it is respectfully requested that the sentencing be adjourned to September 9 or September 17, 2025.

The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

cc:   AUSA Alexander Li
      AUSA Camille Fletcher
      (by ECF)