**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

UNITED STATES OF AMERICA,

-against-

HUGO DE LA CRUZ OBREGON,

Defendant.

------------------------------------ x

ORDER

22 Cr. 258-03 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to close the above-captioned case.

Dated: **SEP 11, 2025**

New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge